In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-348 CV


____________________



VIRGINIA SAUCEDO AND KENT SAUCEDO, Appellants



V.



RAYMOND SANFORD, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 03-12-08770-CV






MEMORANDUM OPINION


 Virginia Saucedo and Kent Saucedo, appellants, filed a motion to dismiss this appeal
with prejudice. The appellants allege they have settled their claims and no longer desire
to pursue an appeal. The Court finds that this motion is voluntarily made by the appellants
prior to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No
other party filed a notice of appeal. The motion to dismiss is granted and the appeal is
therefore dismissed. 

 APPEAL DISMISSED. 

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered August 31, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.